# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER QUASHING AMENDED WRIT** |
| | ) | |
| v. | ) | |
| | ) | |
| Ruben Alonso-Esparza, | ) | Case No.: 1:25-cr-00219 |
| | ) | |
| Defendant. | ) | |

On August 20, 2025, a Complaint charged Defendant with illegally reentering the United States after he had been removed. During the August 21, 2025, initial appearance, the United States moved for his detention.

During the August 28, 2025, detention hearing, the United States recommended detention, while Defendant and United States Probation and Pretrial Services supported conditional release. Defendant was ordered conditionally released on September 2, 2025. (Doc. No. 16). Defendant was not released, rather, he was taken into Immigration and Customs Enforcement ("ICE") custody pursuant to a detainer.

On September 18, 2025, a grand jury indicted Defendant on the same charge. The court entered an amended writ of habeas corpus ad prosequendum to secure Defendant's appearance for an arraignment on the Indictment. During the September 29, 2025, arraignment, Defendant pled not guilty to the charge and moved to quash the writ.

Acknowledging that holding Defendant in federal custody would effectively override provisions of the Bail Reform Act and recognizing there may some future inconvenience to ICE, the court **ORDERS** the amended writ of habeas corpus ad prosequendum be quashed, and the September 2, 2025, order setting conditions of release be reinstated.

**IT IS SO ORDERED.**

Dated this 29th day of September, 2025.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court